# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

STEPHEN L. BRADLEY

          V.          CASE NUMBER: 7:05-CV-1558(NAM/DEP)

COMMISSIONER OF SOCIAL SECURITY

[ ]     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, affirming the Commissioner's determination of no disability and dismissing this action according to the Order of the Hon. Norman A. Mordue filed on July 18, 2007.

DATED:     July 18, 2007

                                                    Clerk of Court

LKB:lmp